UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MON CHERI BRIDALS, INC.,

    Plaintiff,

-vs-                                             Case No. 2:09-mc-28-FtM-29SPC

WEN WU, individually and d/b/a JACQUELIN , BRIDALS; WEN WU d/b/a PRIVATE COLLECTION; WEN WU d/b/a CHRISTINA WU; WEN WU d/b/a LABELLE FASHIONS; WEN WU d/b/a TIFFANY DESIGNS; FORMOSA SUNRISE CORPORATION, a Florida corporation and successor in interest to UNITED WU ENTERPRISES, INC. and MDTW, INC. by merger,

    Defendants,

and

BANK OF AMERICA
C/O any officer/director
101 East Kennedy Boulevard
Tampa, Florida 33602
Garnishee.

    Defendants.
_____

## ORDER

This matter comes before the Court on periodic review. On June 18, 2010, this Court directed Defendant Wen Wu to secure new counsel or inform the Court whether he will be proceeding *pro se* by July 18, 2010. Defendant Wen Wu has failed to file a response and a notice of appearance by counsel on his behalf has not been filed with the Court. The Defendant has the right to appear and represent himself *pro se* and therefore, the Court will allow him to do so. Wu

is cautioned though that he has responsibilities and obligations as a *pro se* party, including responding to Orders issued by this Court. Despite his *pro se* status, it is mandatory that he participate and cooperate in discovery, comply with the deadlines established in the Court's Scheduling Order, respond properly to motions, and proceed in accordance with the Federal and Local Rules. Loren v Sasser, 309 F.3d 1296, 1304 (11th Cir. 2002) (holding that even *pro se* parties must follow procedures). Failure to do so could result in sanctions or the denial of any motions or requests for relief from the Court. Accordingly, it is now

**ORDERED:**

(1) The docket sheet in this case shall reflect that Defendant Wen Wu is representing himself *pro se*. All pleadings served on Defendant Wen Wu shall be served at his local address located at 14975 Technology Court, Fort Myers, FL 33912.

(2) If Wu should change his address at any time during the course of this litigation, he shall immediately advise the Court of that change by filing a "Notice of Change of Address," which shall set forth his new mailing address and all other applicable information required by Local Rule 1.05(d) (i.e., name; mailing address; city, state, & zip code; phone number; facsimile number, if available) as well as the effective date of that change in address.

(2) Natly Torres-Alvarado, Esq. will continue to represent United Wu Enterprises, Inc.

**DONE AND ORDERED** at Fort Myers, Florida, this   20th    day of July, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record